Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 3, 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. MARQUIS JACKSON,
2. MARKELL JACKSON,
3. MANDEL JACKSON,
4. EDGAR VALDEZ,
5. KEONDRE JACKSON,
7. SIR TERRIQUE MILAM,
8. TYRELL LEWIS,
9. ROBERT JOHNSON,
10. MATELITA JACKSON,
11. MIRACLE PATU-JACKSON,
12. DIYANA ABRAHA,
15. ROBERT BELLAIR,
19. CHAD CONTI,
20. PHILLIP LAMONT ALEXANDER,
21. TREYVON MITCHELL,
22. DEJAUN RANSAW, and
23. MADELYN MICHAEL.

Defendants.

NO. CR24-164 JNW

**THIRD SUPERSEDING INDICTMENT**

//

//

Third Superseding Indictment - 1
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 2, 2024, in King, Pierce, Snohomish, and Whatcom Counties, within the Western District of Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, DEJAUN RANSAW, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), N-(4-fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (p-fluorofentanyl – a fentanyl analogue), methamphetamine, and marihuana, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture or substance containing fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

Third Superseding Indictment - 2
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Grand Jury further alleges that with respect to MARQUIS JACKSON,

2  MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE

3  JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON,

4  MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT

5  BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON

6  MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy

7  charged in Count 1, which includes the reasonably foreseeable conduct of other members

8  of the conspiracy charged in Count 1, involved 100 grams or more of a mixture and

9  substance containing a detectable amount of any fentanyl analogue, in violation of Title

10  21, United States Code, Sections 841(b)(1)(A).

11  The Grand Jury further alleges that with respect to EDGAR VALDEZ, their

12  conduct as members of the conspiracy charged in Count 1, which includes the reasonably

13  foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50

14  grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500

15  grams or more of a mixture or substance containing a detectable amount of

16  methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21,

17  United States Code, Sections 841(b)(1)(A).

18  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

19  841(b)(1)(D), and 846.

20  ## COUNT 2

21  ### (Conspiracy to Commit Money Laundering)

22  **A.    The Conspiracy**

23  Beginning at a time unknown, and continuing until at least October 2, 2024, in

24  King, Pierce, Snohomish, and Whatcom Counties, within the Western District of

25  Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON,

26  MATELITA JACKSON, DIYANA ABRAHA, and others known and unknown, did

27

Third Superseding Indictment - 3
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  knowingly combine, conspire, and agree with each other and with other persons known

2  and unknown to the Grand Jury to commit offenses against the United States in violation

3  of Title 18, United States Code, Section 1956, to wit:

4          1.      To knowingly conduct and attempt to conduct financial transactions

5  affecting interstate commerce and foreign commerce, which transactions involved the

6  proceeds of specified unlawful activity, that is, Distribution of Controlled Substances, in

7  violation of Title 21, United States Code, Section 841, Conspiracy to Distribute

8  Controlled Substances, in violation of Title 21, United States Code, Sections 841 and

9  846, and Transportation for the Purpose of Prostitution Through Coercion and

10  Enticement, in violation of Title 18, United States Code, Section 2422(a), knowing that

11  the transactions were designed in whole or in part to conceal and disguise the nature,

12  location, source, ownership, and control of the proceeds of specified unlawful activity,

13  and that while conducting and attempting to conduct such financial transactions, knew

14  that the property involved in the financial transactions represented the proceeds of some

15  form of unlawful activity, in violation of Title 18, United States Code, Section

16  1956(a)(1)(B)(i); and

17          2.      To knowingly conduct and attempt to conduct financial transactions

18  affecting interstate commerce and foreign commerce, which transactions involved the

19  proceeds of specified unlawful activity, that is, Distribution of Controlled Substances, in

20  violation of Title 21, United States Code, Section 841, Conspiracy to Distribute

21  Controlled Substances, in violation of Title 21, United States Code, Sections 841 and

22  846, and Transportation for the Purpose of Prostitution Through Coercion and

23  Enticement, in violation of Title 18, United States Code, Section 2422(a),  knowing that

24  the transactions were designed in whole or in part to avoid a transaction reporting

25  requirement under State or Federal Law, and that while conducting and attempting to

26  conduct such financial transactions, knew that the property involved in the financial

27

Third Superseding Indictment - 4
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  transactions represented the proceeds of some form of unlawful activity, in violation of

2  Title 18, United States Code, Section 1956(a)(1)(B)(ii).

3       All in violation of Title 18, United States Code, Section 1956(h).

4                              **COUNT 3**

5                    **(Distribution of a Controlled Substance)**

6       On or about October 31, 2023, in Snohomish County, within the Western District

7  of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown,

8  did knowingly and intentionally distribute, and aid and abet the distribution of, a

9  controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue),

10  substances controlled under Title 21, United States Code.

11       The Grand Jury further alleges that the offense involved 400 grams or more of a

12  mixture or substance containing fentanyl.

13       The Grand Jury further alleges that the offense involved 100 grams or more of a

14  mixture and substance containing a detectable amount of any fentanyl analogue.

15       The Grand Jury further alleges that this offense was committed during and in

16  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

17  Substances).

18       All in violation of Title 21, United States Code, Sections 841(a)(1) and

19  841(b)(1)(A), and Title 18, United States Code, Section 2.

20                              **COUNT 4**

21                    **(Distribution of a Controlled Substance)**

22       On or about December 7, 2023, in Snohomish County, within the Western District

23  of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown,

24  did knowingly and intentionally distribute, and aid and abet the distribution of, a

25  controlled substance, including: fentanyl, a substance controlled under Title 21, United

26  States Code.

27

Third Superseding Indictment - 5
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that the offense involved 400 grams or more of a

2   mixture or substance containing fentanyl.

3   The Grand Jury further alleges that this offense was committed during and in

4   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5   Substances).

6   All in violation of Title 21, United States Code, Sections 841(a)(1) and

7   841(b)(1)(A), and Title 18, United States Code, Section 2.

8   ## COUNT 5

9   ### (Distribution of a Controlled Substance)

10   On or about March 7, 2024, in Snohomish County, within the Western District of

11   Washington, and elsewhere, MARKELL JACKSON, ROBERT JOHNSON, and others

12   known and unknown, did knowingly and intentionally distribute, and aid and abet the

13   distribution of, a controlled substance, including: fentanyl, a substance controlled under

14   Title 21, United States Code.

15   The Grand Jury further alleges that the offense involved 400 grams or more of a

16   mixture or substance containing fentanyl.

17   The Grand Jury further alleges that this offense was committed during and in

18   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

19   Substances).

20   All in violation of Title 21, United States Code, Sections 841(a)(1) and

21   841(b)(1)(A), and Title 18, United States Code, Section 2.

22   ## COUNT 6

23   ### (Possession with Intent to Distribute a Controlled Substance)

24   On or about December 7, 2023, in Whatcom County, within the Western District

25   of Washington, and elsewhere, ROBERT BELLAIR, MARKELL JACKSON, and others

26   known and known, did knowingly and intentionally possess, and aid and abet the

27

Third Superseding Indictment - 6
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  possession of, with the intent to distribute, a controlled substance, including: fentanyl, a

2  substance controlled under Title 21, United States Code.

3      The Grand Jury further alleges that the offense involved 400 grams or more of a

4  mixture or substance containing fentanyl.

5      The Grand Jury further alleges that this offense was committed during and in

6  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

7  Substances).

8      All in violation of Title 21, United States Code, Sections 841(a)(1) and

9  841(b)(1)(A), and Title 18, United States Code, Section 2.

10                    **COUNT 7 - RESERVED**

11                    **COUNT 8 - RESERVED**

12                    **COUNT 9 - RESERVED**

13                    **COUNT 10 - RESERVED**

14                        **COUNT 11**

15      **(Possession with Intent to Distribute a Controlled Substance)**

16      On or about October 2, 2024, in King County, within the Western District of

17  Washington, and elsewhere, CHAD CONTI did knowingly and intentionally possess,

18  with the intent to distribute, a controlled substance, including: fentanyl and

19  p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United

20  States Code.

21      The Grand Jury further alleges that the offense involved 40 grams or more of a

22  mixture or substance containing fentanyl.

23      The Grand Jury further alleges that this offense was committed during and in

24  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

25  Substances).

26  //

27

Third Superseding Indictment - 7
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    All in violation of Title 21, United States Code, Sections 841(a)(1) and

2  841(b)(1)(B).

3                                    **COUNT 12**

4              **(Possession with Intent to Distribute a Controlled Substance)**

5    On or about October 2, 2024, in Whatcom County, within the Western District of

6  Washington, and elsewhere, PHILLIP LAMONT ALEXANDER did knowingly and

7  intentionally possess, with the intent to distribute, a controlled substance, including:

8  fentanyl, a substance controlled under Title 21, United States Code.

9    The Grand Jury further alleges that the offense involved 40 grams or more of a

10  mixture or substance containing fentanyl.

11    The Grand Jury further alleges that this offense was committed during and in

12  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

13  Substances).

14    All in violation of Title 21, United States Code, Sections 841(a)(1) and

15  841(b)(1)(B).

16                                    **COUNT 13**

17  **(Possession with Intent to Manufacture and Distribute a Controlled Substance)**

18    On or about October 2, 2024, in King County, within the Western District of

19  Washington, and elsewhere, MANDEL JACKSON, DEJAUN RANSAW, and others

20  known and unknown, did knowingly and intentionally manufacture and possess, with the

21  intent to distribute, and aid and abet the manufacture and possession of, with intent to

22  distribute, a controlled substance, including: marijuana, a substance controlled under

23  Title 21, United States Code.

24    The Grand Jury further alleges that this offense was committed during and in

25  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

26  Substances).

27

Third Superseding Indictment - 8
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 21, United States Code, Sections 841(a)(1) and

2  841(b)(1)(D).

3  **COUNT 14**

4  **(Conspiracy to Commit Transportation for the Purpose of Prostitution Through**

5  **Coercion and Enticement)**

6  Beginning at a time unknown and continuing until at least October 27, 2025, in

7  King County, within the Western District of Washington, and elsewhere, MARQUIS

8  JACKSON and MADELYN MICHAEL, and others known and unknown, did knowingly

9  and intentionally conspire to transport adult women for the Purpose of Prostitution

10  Through Coercion and Enticement.

11  All in violation of Title 18, United States Code, Section 2422(a), and Title 18,

12  United States Code, Section 371.

13  **FORFEITURE ALLEGATION**

14  The allegations contained in all Counts of this Indictment are hereby realleged and

15  incorporated by reference for the purpose of alleging forfeiture.

16  Upon conviction of any of the offenses alleged in Counts 1, 3 through 6, and 11

17  through 13, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON,

18  EDGAR VALDEZ, KEONDRE JACKSON,  SIR TERRIQUE MILAM, TYRELL

19  LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON,

20  DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT

21  ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW shall forfeit to the

22  United States, pursuant to Title 21, United States Code, Section 853(a), any property

23  constituting or derived from proceeds traceable to the offense, as well as any property

24  used or intended to be used to facilitate the offense.

25  Upon conviction of the offense alleged in Count 2, MARQUIS JACKSON,

26  MARKELL JACKSON, MATELITA JACKSON, and DIYANA ABRAHA shall forfeit

27

Third Superseding Indictment - 9
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any

2    property, real or personal, involved in the offense, or any property traceable to such

3    property.

4         Upon conviction of the offense alleged in Count 14, MARQUIS JACKSON and

5    MADELYN MICHAEL shall forfeit to the United States, pursuant to Title 18, United

6    States Code, Section 2428(a)(2), and Title 18, United States Code, Section 981(a)(1)(C),

7    by way of Title 28, United States Code, Section 2461(c), any property that constitutes or

8    is derived from proceeds of the offense, and, pursuant to Title 18, United States Code,

9    Section 2428(a)(1), any property that was used, or intended to be used, to commit, or to

10    facilitate the commission of, the offense.

11         **Substitute Assets.** If any of the above-described forfeitable property, as a result of

12    any act or omission of the defendants,

13         a.    cannot be located upon the exercise of due diligence;

14         b.    has been transferred or sold to, or deposited with, a third party;

15         c.    has been placed beyond the jurisdiction of the Court;

16         d.    has been substantially diminished in value; or

17         e.    has been commingled with other property which cannot be divided

18              without difficulty,

19    ///

20    ///

21

22

23

24

25

26

27

Third Superseding Indictment - 10
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the

2  defendant, up to the value of the above-described forfeitable property, pursuant to

3  Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED:  12/3/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

CHARLES NEIL FLOYD
United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

ZACHARY W. DILLON
Assistant United States Attorney

Third Superseding Indictment - 11
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970